1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

9

Jose Luis Pita-Mota,

No. CV-13-02141-PHX-GMS

10

Petitioner,

No. CR-09-1114-PHX-GMS

11

v.

**ORDER**

12

USA,

13

Respondent.

14
15
16
17
18
19
20
21
22

Pending before the Court are Petitioner's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody and United States Magistrate Judge Michelle H. Burns' Report and Recommendation ("R&R").  Docs. 1, 6.  The R&R recommends that the Court deny the Motion and dismiss with prejudice.  Doc. 6 at 6.  The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R.  *Id.* at 6 (citing Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

23
24
25
26
27
28

The parties did not file objections, which relieves the Court of its obligation to review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.").  The Court has nonetheless reviewed the R&R and finds that it is well-

taken.  The Court will accept the R&R and deny the Motion and dismiss with prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1.  Magistrate Judge Burns' R&R (Doc. 6) is **accepted**.

2.  Petitioner's Motion to Vacate, Set Aside or Correct Sentence (Doc. 1) is **denied and dismissed with prejudice**.

3.  The Clerk of Court shall **terminate** this action.

4.  Pursuant to Rule 11(a) of the Rules Governing Section 2255 Cases, in the event Petitioner files an appeal, the Court declines to issue a certificate of appealability because reasonable jurists would not find the Court's procedural ruling debatable.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated this 5th day of December, 2014.

G. Murray Snow
United States District Judge